UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN MULDOON,

    Plaintiff,

v.

DEPUY ORTHOPAEDICS, INC., et al.,

    Defendants.

Case No. 15-cv-02723-PJH

**ORDER**

Re: Dkt. No. 82

Before the court is plaintiff John Muldoon's and defendant John Muir Health's stipulation and proposed order to dismiss John Muir Health from this action. Dkt. 82. The court has already dismissed John Muir Health from this action. Dkt. 74. In the same order, the court declined to exercise jurisdiction over plaintiff's remaining state-law claims against John Muir Health. Id. Accordingly, those state-law claims were dismissed without prejudice to their filing in state court.

The parties may of course settle their dispute by voluntarily dismissing the state claims with prejudice to their filing in state court, and they are free to enter into such a stipulation. However, this court lacks jurisdiction to enter such an order.

**IT IS SO ORDERED.**

Dated: June 3, 2024

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge