UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN MULDOON,

        Plaintiff,

    v.

MEDICAL DEVICE BUSINESS
SERVICES, INC., et al.,

        Defendants.

Case No. 15-cv-02723-JSC

**ORDER FOLLOWING MARCH 18, 2026 FURTHER CASE MANAGEMENT CONFERENCE**

As discussed at the March 18, 2026 further case management conference:

1. Plaintiff's outstanding discovery must be produced by April 8, 2026. The parties shall submit a stipulation by March 25, 2026 confirming Plaintiff is only seeking lost wages for 2014.

2. By April 17, 2026 , the parties shall submit a joint submission with deposition dates for the witnesses each side needs to depose to have a productive mediation session.

3. The deadline to complete mediation is extended to May 29, 2026.

4. The Court will hold a further case management conference on April 20, 2026 at 2:00 p.m. via Zoom video. An updated statement is due one week in advance.

**IT IS SO ORDERED.**

Dated: March 19, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge