UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MULDOON,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL DEVICE BUSINESS SERVICES, INC., et al.,<br><br>Defendants. | Case No.  15-cv-02723-JSC<br><br>**ORDER FOLLOWING APRIL 29, 2026 FURTHER CASE MANAGEMENT CONFERENCE** |

As discussed at the further case management conference held on April 29, 2026, the parties shall meet and confer by Zoom on May 1, 2026 at 11:00 a.m. PST regarding Plaintiff's responses to Defendants' written discovery.  A discovery dispute joint letter regarding any remaining disputes shall be filed by May 7, 2026.  The Court will hold a further case management conference on June 24, 2026 at 2:00 p.m. via Zoom video.  An updated joint statement is due one week in advance.

**IT IS SO ORDERED.**

Dated: April 29, 2026

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California